IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| CROMAN CORPORATION, | Case No. 1:19-cv-01896-CL |
| Plaintiff, | **OPINION AND ORDER** |
| vs. | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

AIKEN, District Judge:

United States Magistrate Judge Mark Clarke issued his Findings and Recommendation ("F&R") (doc. 38) in this case on December 1, 2020. In the F&R, Judge Clarke recommended denying defendant's Motion for Summary Judgment (doc. 19) and granting plaintiff's Motion for Partial Summary Judgment (doc. 20). The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Defendant filed timely objections. Doc. 40. Accordingly, the Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered plaintiff's objections and conclude there is no basis to modify the F&R. I have also reviewed the pertinent portions of the record *de novo* and find no errors in Judge Clarke's F&R. Accordingly, the Court ADOPTS Judge Clarke's F&R (doc. 38).

IT IS SO ORDERED.

Dated this 12th day of May 2021.

/s/Ann Aiken

Ann Aiken
United States District Judge